IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WAL-MART STORES, INC.
ASSOCIATES' HEALTH AND
WELFARE PLAN                                                PLAINTIFF

      v.      Civil No. 98-2060

JENNIFER RENEE SCOTT                                        DEFENDANT

## JUDGMENT

On this __31st__ day of August, 1998, upon consideration of the above captioned case, the court finds for the reasons stated in a memorandum opinion of even date that the decision of the administrator of the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan to require full reimbursement, with no deduction or reduction for attorney's fees or costs, for funds expended on defendant's behalf as a result of injuries sustained in an August 3, 1995, automobile accident was reasonable and is hereby upheld. Accordingly, we hold that plaintiff's contractual right to reimbursement is not subject to reduction for attorney's fees and costs.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 01 1998

CHRIS R. JOHNSON, CLERK
BY
    DEPUTY CLERK
Sallie Hicks

HFW/sg

_____
H. Franklin Waters
United States District Judge
This document entered on docket in
compliance with Rule 58 and 79 (a),
FRCP,
on 9-1-98 by SH